IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ELIJAH W. RATCLIFF | § | |
| v. | § | CIVIL ACTION NO. 9:08cv127 |
| ELIZABETH EVELYN COKER (EVANS), ET AL. | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the claims against Indymac Bank, the State Bar of Texas, the Executive Director of the State Bar of Texas, Kenneth Hammack and Cleburne Swilley be dismissed with prejudice because they are barred by the doctrine of *res judicata* and that the claims against Judge Elizabeth Evelyn Coker (Evans) be dismissed with prejudice for failure to state a claim upon which relief may be granted. Plaintiff filed written objections on September 17, 2008.

Having made a *de novo* review of the written objections filed by Plaintiff, the Court finds that the findings and conclusions of the Magistrate Judge are correct and the objections are without merit. In addition, after the Report and Recommendation was filed, the Court discovered that Plaintiff is

currently an inmate at the Bradshaw State Jail. As a result, dismissal is also warranted pursuant to 28 U.S.C. § 1915A(b). It is therefore

**ORDERED** that the claims against Indymac Bank, the State Bar of Texas, the Executive Director of the State Bar of Texas, Kenneth Hammack and Cleburne Swilley are **DISMISSED** with prejudice as barred by the doctrine of *res judicata* and the claims against Judge Elizabeth Evelyn Coker (Evans) are **DISMISSED** with prejudice for failure to state a claim upon which relief may be granted and for seeking monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b). Any motion not previously ruled on is **DENIED**.

**SIGNED** this the 26 day of **September, 2008.**

_____
Thad Heartfield
United States District Judge